**No. 10-1453. Joseph Planey, Petitioner v. Suzanna Planey.**

565 U.S. 1074, 132 S. Ct. 800, 181 L. Ed. 2d 511, 2011 U.S. LEXIS 8396.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 822, 132 S. Ct. 109, 181 L. Ed. 2d 35, 2011 U.S. LEXIS 6950.

**No. 10-1455. Fernandos Taylor, Petitioner v. James Taylor, et al.**

565 U.S. 1074, 132 S. Ct. 800, 181 L. Ed. 2d 511, 2011 U.S. LEXIS 8382.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 822, 132 S. Ct. 109, 181 L. Ed. 2d 35, 2011 U.S. LEXIS 5301.

**No. 10-1458. Aura Quinones, Petitioner v. Neighborhood Youth & Family Services, Inc., et al.**

565 U.S. 1074, 132 S. Ct. 800, 181 L. Ed. 2d 511, 2011 U.S. LEXIS 8370.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 822, 132 S. Ct. 109, 181 L. Ed. 2d 35, 2011 U.S. LEXIS 5490.

**No. 10-1469. Vincent L. Abell, Petitioner v. Maria-Theresa Wilson.**

565 U.S. 1074, 132 S. Ct. 800, 181 L. Ed. 2d 511, 2011 U.S. LEXIS 8357.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 823, 132 S. Ct. 111, 181 L. Ed. 2d 36, 2011 U.S. LEXIS 5544.

**No. 10-1490. Diane L. Holbrook, Petitioner v. Castle Key Insurance Company, fka AllState Floridian Insurance Company, et al.**

565 U.S. 1074, 132 S. Ct. 800, 181 L. Ed. 2d 511, 2011 U.S. LEXIS 8429.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 824, 132 S. Ct. 113, 181 L. Ed. 2d 38, 2011 U.S. LEXIS 5603.

**No. 10-1547. Tyrone Duff, et ux., Petitioners v. Richard W. Lewis.**

565 U.S. 1074, 132 S. Ct. 800, 181 L. Ed. 2d 511, 2011 U.S. LEXIS 8326.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 827, 132 S. Ct. 120, 181 L. Ed. 2d 43, 2011 U.S. LEXIS 5360.

**No. 10-9509. Patrick Lang, Petitioner v. David Gundy, Warden.**

565 U.S. 1074, 132 S. Ct. 800, 181 L. Ed. 2d 511, 2011 U.S. LEXIS 8376.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 829, 132 S. Ct. 124, 181 L. Ed. 2d 46, 2011 U.S. LEXIS 5592.